# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSHIRE MANOR APARTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:16-cv-04363-R-GJS<br><br>**[State Court Case No. BC 604746]**<br><br>**JUDGMENT RE DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

The motion of defendant State Farm General Insurance Company ("State Farm") for summary judgment, or, in the alternative, partial summary judgment was taken under submission on December 13, 2017.

1

After consideration of the admissible evidence, the separate statement of uncontroverted facts and conclusions of law, and the points and authorities, the Court hereby finds that there is no genuine issue as to any material fact, and defendant State Farm is entitled to judgment as a matter of law, with respect to the following:

1. There is no genuine issue as to any material fact and defendant State Farm is entitled to judgment as a matter of law with respect to Wilshire Manor's first claim for relief for breach of contract.

2. There is no genuine issue as to any material fact and defendant State Farm is entitled to judgment as a matter of law with respect to Wilshire Manor's second claim for relief for breach of the covenant of good faith and fair dealing.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Wilshire Manor take nothing from defendant State Farm, with respect to plaintiff's complaint, and judgment is entered in favor of defendant State Farm all claims for relief.

**IT IS SO ORDERED.**

Dated: January 24, 2017

_____
Honorable Judge Manuel L. Real